IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> FIVE STAR KITCHEN INSTALLATIONS, INC., <br><br>     Defendant. | Civil Action No. 1:19-cv-345 (AJT/JFA) |

## ORDER

This matter is before the Report & Recommendation [Doc. No. 10] of the Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 6] be granted and that a default judgment be entered in favor of the Plaintiffs and against Defendant Five Star Kitchen Installations, Inc. in the amount of $256,080.12, consisting of unpaid contributions of $180,248.36, interest of $31,172.22, liquidated damages of $36,049.67, audit testing fees of $5,527.09, and attorneys' fees and costs of $3,082.78. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Proposed Findings of Fact and Recommendations [Doc. No. 10] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiffs' Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 6] be, and the same hereby is, GRANTED; and it is further

ORDERED that JUDGMENT be entered in favor of Plaintiffs and against the Defendant in the amount of $256,080.12, consisting of unpaid contributions of $180,248.36, interest of $31,172.22, liquidated damages of $36,049.67, audit testing fees of $5,527.09, and attorneys' fees and costs of $3,082.78.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail a copy of this order to Five Star Kitchen Installations, Inc. at its address for service of process.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 20, 2019